(45 Misc. Rep. 454.)

### KUHNE v. AHLERS.

(Supreme Court, Trial Term, Kings County. December, 1904.)

1. SLANDER—ACTIONABLE WORDS—"SWINDLER."

To say of one that he is a swindler, when it is not spoken of him in his office or calling, is not slanderous.

[Ed. Note.—For cases in point, see vol. 32, Cent. Dig. Libel and Slander,. §§ 68, 95.]

Action by Paul Kuhne against Simon Ahlers for slander. On motion by plaintiff for new trial on dismissal of the complaint. Motion denied.

The words complained of were as follows:

"Who are you, anyhow? You are a bankrupt and a swindler. I know why you had to leave Berlin and Staten Island. Your children are thieves and were arrested for stealing, and you, Kuhne (meaning plaintiff), are a God-damned son of a bitch."

Walter L. Bunnell, for plaintiff.
Harold C. Knoeppel, for defendant.

GAYNOR, J. It has been settled ever since the case of Savile v. Jardine, 2 H. Black. 531, that to say of one he is a swindler is no slander. The word is classed as one of abuse, merely, like "rogue" and "cheat," instead of charging a crime, which is necessary to make oral words a slander when spoken of one in his general character (Chase v. Whitlock, 3 Hill, 139; Odgers, p. 62; Townshend, § 173, and cases there collected). Cases like Forrest v. Hanson, 1 Cranch, C. C. 63, Fed. Cas. No. 4,943, are not to the

contrary, for there the complaint was that the word was spoken of the plaintiff in his official position as director of a bank; and any words spoken of one in his office or calling of such a character that the law will presume that they injure him therein are a slander per se, whether they impute a crime or not.

The motion for a new trial is denied.